## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WENZHU GUO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-20-477-D |
| | ) |
| RALPH HANSON, Warden, | ) |
| | ) |
| Respondent. | ) |

### ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Gary M. Purcell pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 23], in its entirety. For the reasons stated therein, this action is DISMISSED WITHOUT PREJUDICE to refiling.

IT IS SO ORDERED this 20th day of October, 2020.

TIMOTHY D. DeGIUSTI
Chief United States District Judge